IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Thomas H. Curtin (TC-5753)
Thomas J. FitzGerald (TF-2426)
LATHROP & GAGE L.C,
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220 (Tel)
(212) 850-6221 (Fax)
Attorneys for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 3 1 2007

COURTESY COPY

---------------------------------X
DR. STEVEN E. ROBBINS,

        Plaintiff,

   -against-

THE STRIDE RITE CORPORATION,

        Defendant.
---------------------------------X

07-CV-7069 (LTS)
AND ORDER
STIPULATION EXTENDING
TIME TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their undersigned counsel, that the time for Defendant to answer or otherwise respond to the Complaint filed in this action shall be extended for a period of thirty (30) days to and including October 5, 2007.

Dated: August 30, 2007

| COHEN & GRESSER LLP | LATHROP & GAGE L.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: /s/ Alexandra Wald (AW-0225) | By: /s/ Thomas H. Curtin (TC-5753) |
| 100 Park Avenue, 23rd Floor | 230 Park Avenue, Suite 1847 |
| New York, New York 10017 | New York, New York 10169 |
| (212) 957-7600 | (212) 850-6220 |

SO ORDERED.

/s/ Laura Taylor Swain  8/30/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NYDOCS 52906v2