DR. STEVEN E. ROBBINS

           **Plaintiff(s)**

- against -

Index # 07 CIV 7069 (SWAIN)

THE STRIDE RITE CORPORATION

Purchased August 8, 2007

           **Defendant(s)**

**AFFIDAVIT OF SERVICE**

STATE OF   MA   : COUNTY OF Middlesex ss:

Paul Nardizzi BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT   17 Clovelly Lane, Framingham, MA 01702

That on August 16, 2007 at 10:45 AM at

191 SPRING STREET
P.O. BOX 9191
LEXINGTON, MA 02421

deponent served the within SUMMONS, COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER, INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR ** on THE STRIDE RITE CORPORATION therein named,

**CORPORATION** a FOREIGN corporation by delivering thereat a true copy of each to DONNA HOLDEN, EXECUTIVE ASSISTANT personally, deponent knew said corporation so served to be the corporation described in said SUMMONS, COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER, INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR ** as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | LIGHT BROWN | 50 | 5'10 | 180 |

**SWAIN, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL

DONNA HOLDEN WAS ASKED IF SHE WAS AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF THE STRIDE RITE CORPORATION AND SHE REPLIED IN THE AFFIRMATIVE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: 8/24/07
Notary: *Elena M. Nardizzi*

*Paul Nardizzi*
**Server:**

Invoice #: 446190