Thomas H. Curtin (TC-5753)
Thomas J. FitzGerald (TF-2426)
LATHROP & GAGE L.C.
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220 (tel)
(212) 850-6221 (fax)
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. STEVEN E. ROBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 07 CV 7069 (LTS) |
| -against- | ) | (ECF CASE) |
| | ) | |
| THE STRIDE RITE CORPORATION, | ) | **RULE 7.1 DISCLOSURE** |
| | ) | **STATEMENT OF** |
| Defendant. | ) | **DEFENDANT** |
| | ) | **THE STRIDE RITE** |
| | ) | **CORPORATION** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant states that THE STRIDE RITE CORPORATION is a Massachusetts corporation with its principal place of business at 191 Spring Street, Lexington, Massachusetts, 02421. Defendant's parent corporation is Collective Brands Finance, Inc., a non-publicly traded corporation that owns 100% of the stock of Defendant.

Dated: October 8, 2007

Respectfully submitted,

LATHROP & GAGE L.C.

By: ___s/Thomas J. FitzGerald_____
Thomas H. Curtin (TC-5753)
Thomas J. FitzGerald (TF-2426)
230 Park Avenue
New York, New York 10169
Telephone: (212) 850-6220
Facsimile: (212) 850-6221

and

William A. Rudy MO #36996
wrudy@lathropgage.com
*Admitted pro hac vice*
David V. Clark MO #35134
dclark@lathropgage.com
*Admitted pro hac vice*
Travis W. McCallon MO #56979
tmccallon@lathropgage.com
*Admitted pro hac vice*
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108-2684
Telephone: (816) 292-2000
Telecopier: (816) 292-2001

*Attorneys for Defendant*
*The Stride Rite Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2007, a true and correct copy of the foregoing RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT THE STRIDE RITE CORPORATION was served by U.S. First Class Mail and via the S.D.N.Y.'s Electronic Filing System ("ECF") upon the attorneys for Plaintiff Dr. Steven E. Robbins:

Karen H. Bromberg, Esq.
Damir Cefo, Esq.
Lawrence Thomas Gresser, Esq.
Alexandra Sarah Wald. Esq.
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Attorneys for Dr. Steven E. Robbins

s/Thomas J. FitzGerald
Thomas J. FitzGerald

*Attorney for Defendant*
*The Stride Rite Corporation*

3