AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

## APPEARANCE

Case Number: 07-cv-7069

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Stride Rite Corporation

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/2/2007 | _(signature)_ |
| Date | Signature |
| | Thomas H. Curtin — TC-5753 |
| | Print Name — Bar Number |
| | 230 Park Avenue, Suite 1847 |
| | Address |
| | New York — NY — 10169 |
| | City — State — Zip Code |
| | (203) 850-6220 — (203) 850-6221 |
| | Phone Number — Fax Number |