AO 458 (Rev. 10/95) Appearance

## UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

---------------------------------------------X
DR. STEVEN E. ROBBINS,

                Plaintiff,

-against-

THE STRIDE RITE CORPORATION,

                Defendant.
---------------------------------------------X

**APPEARANCE**

Case Number: 07-cv-7069

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    The Stride Rite Corporation

    I certify that I am admitted to practice in this court.

November 20, 2007
Date

Signature

William R. Hansen          WH-9446
Print Name                     Bar Number

230 Park Avenue, Suite 1847
Address

| New York | New York | 10169 |
| City | State | Zip Code |

(212) 850-6220          (212) 850-6221
Phone Number                  Fax Number