**COHEN & GRESSER LLP**

100 Park Avenue
New York, New York 10017
212 957 7600 phone
212 957 4514 fax
www.cohengresser.com

```
┌────────────────────────────────┐
│ USDC SDNY                      │
│ DOCUMENT                       │
│ ELECTRONICALLY FILED           │
│ DOC #: _____         │
│ DATE FILED: _NOV 2 1 2007_     │
└────────────────────────────────┘
```

Alexandra Wald
212 957 7007
awald@cohengresser.com

November 20, 2007

**VIA FACSIMILE**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: *Robbins v. Stride Rite, No. 07-CV-7069 (LTS)*

Dear Judge Swain:

We represent counsel for the plaintiff Dr. Steven Robbins in the above captioned case. The parties are currently scheduled for a pre-trial conference date on November 30, 2007 at 3 p.m. However, counsel for defendant Stride Rite has requested an adjournment due to a scheduling conflict, and we have consented.

Both parties are available on December 12, 2007 and respectfully request an adjournment of the conference to that date, if convenient for the Court.

Respectfully submitted,

*[signature]*

Alexandra Wald (AW 0225)

*Counsel for Plaintiff Dr. Steven Robbins*

*The conference is adjourned to December 12, 2007 at 4:15 pm.*

cc:    David Clark, Esq., William Hansen, Esq. (via email)
Lathrop & Gage L.C.
*Counsel for Defendant Stride Rite*

**SO ORDERED.**

Copies ~~mailed~~ faxed to PIA Counsel
Chambers of Judge Swain    11-21-07

*[signature]*    11/20/2007

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE