UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Dr. Steven E. Robbins,

                Plaintiff(s),

-v-

The Stride Rite Corporation,

                Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: DEC 1 3 2007

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 7069 (LTS)(MHD)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | | ___ | Habeas Corpus |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Social Security |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | | Particular Motion:_____ |
| | | | All such motions: ___ |
| ___ | Inquest After Default/Damages Hearing | | |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
                December 12, 2007

                                              LAURA TAYLOR SWAIN
                                              United States District Judge