UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STEVEN E. ROBBINS
                              Plaintiff,

                                                    07 Civ. 7069 (LTS)(MHD)

        – against –

THE STRIDE RITE CORPORATION                **MOTION TO ADMIT WILLIAM A.**
                              Defendant.          **RUDY AS COUNSEL**
                                                     **PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Thomas J. FitzGerald, a member in

good standing of the bar of this Court, hereby move for an Order allowing the admission

pro hac vice of

> Applicant's Name:    William A. Rudy
> Firm Name:           Lathrop & Gage L.C.
> Address:             2345 Grand, Suite 2800
> City/State/Zip:      Kansas City, MO 64108
> Phone Number:        816/292-2000
> Fax Number:          816/292-2001
> Email:               wrudy@lathropage.com

William A. Rudy is a member in good standing of the Bar of the State of Missouri.

There are no pending disciplinary proceedings against Mr. Rudy in any State or Federal

court.

Dated: *December 27, 2007*

City, State:    New York, NY

Respectfully submitted,

LATHROP & GAGE L.C.

William R. Hansen (WH 9446)
whansen@lathropgage.com
Thomas H. Curtin (TC 5753)
tcurtin@lathropgage.com
Thomas J. FitzGerald    (TF 2426)
tfitzgerald@lathropgage.com
230 Park Avenue, Suite 1847
New York, NY 10169
Phone:  212/850-6220
Fax:  212/850-6221

and

William A. Rudy MO #36996
wrudy@lathropgage.com
David V. Clark  MO #35134
dclark@lathropgage.com
Travis W. McCallon MO #56979
tmccallon@lathropgage.com
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108-2684
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001

*Attorneys for Defendant*
*The Stride Rite Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2007, I served the above and foregoing **MOTION TO ADMIT WILLIAM A. RUDY AS COUNSEL PRO HAC VICE** via first class mail, postage prepaid on counsel for the Plaintiff, addressed as follows:

> Alexandra Wald
> COHEN & GRESSER, LLP
> 100 Park Avenue
> 23rd Floor
> New York, New York 10017

Thomas J. FitzGerald (TF-2426)
tfitzgerald@lathropgage.com
*Attorneys for Defendant*
*The Stride Rite Corporation*

CC 1966082v1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DR. STEVEN E. ROBBINS

          Plaintiff,          07 Civ. 7069 (LTS)(MHD)

    – against –          **AFFIDAVIT OF THOMAS J.**
                            **FITZGERALD IN SUPPORT OF**
THE STRIDE RITE CORPORATION    **MOTION TO ADMIT WILLIAM A.**
          Defendant.         **RUDY AS COUNSEL**
                                 **PRO HAC VICE**

State of New York   )
                ) ss:
County of New York )

Thomas J. FitzGerald, being duly sworn, hereby deposes and says as follows:

1.    I am an associate with Lathrop & Gage L.C., counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit William A. Rudy as counsel pro hac vice to represent Defendant in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on February 24, 2005. I am also admitted to the bar of the United Stated District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Mr. Rudy since July of 2007.

4.    William A. Rudy is a member of Lathrop & Gage in Kansas City, Missouri.

5.    I have found Mr. Rudy to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of William A. Rudy, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of William A. Rudy, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit William A. Rudy, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: 12/27/2007

City, State:   New York, New York

Notarized: *Laura K Palisin*

LAURA K. POLISIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PO6171777
Qualified In New York County
My Commission Expires July 30, 2011

Respectfully submitted,

Thomas J. FitzGerald
TF 2426

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2007, I served the above and foregoing **AFFIDAVIT OF THOMAS J. FITZGERALD IN SUPPORT OF MOTION TO ADMIT WILLIAM A. RUDY AS COUNSEL PRO HAC VICE** and proposed **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE** via first class mail, postage prepaid on counsel for the Plaintiff, addressed as follows:

> Alexandra Wald
> COHEN & GRESSER, LLP
> 100 Park Avenue
> 23rd Floor
> New York, New York 10017

Thomas J. FitzGerald (TF 2426)
tfitzgerald@lathropgage.com
*Attorneys for Defendant*
*The Stride Rite Corporation*

CC 1966084v1

## *The Supreme Court of Missouri*



## *Certificate of Admission as an Attorney at Law*

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on October 9, 1987,

# *William Alan Rudy*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 17th day of December, 2007.

Clerk of the Supreme Court of Missouri

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DR. STEVEN E. ROBBINS

Plaintiff,

07 Civ. 7069 (LTS)(MHD)

– against –

THE STRIDE RITE CORPORATION

Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN NOTICE**

Upon the motion of Thomas J. FitzGerald attorney for The Stride Rite Corporation and

said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | William A. Rudy |
| Firm Name: | Lathrop & Gage L.C. |
| Address: | 2345 Grand, Suite 2800 |
| City/State/Zip: | Kansas City, MO 64108 |
| Phone Number: | 816/292-2000 |
| Fax Number: | 816/292-2001 |
| Email: | wrudy@lathropage.com |

is admitted to practice pro hac vice as counsel for Defendant, The Stride Rite

Corporation, in the above captioned case in the United States District Court for the

Southern District of New York. All attorneys appearing before this Court are subject to

the Local Rules of this Court, including the Rules governing discipline of attorneys. If

this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the

pro hac vice fee to the Clerk of Court.

Dated:

City, State:

_____

United States District/Magistrate Judge

CC 1966085v1