UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STEVEN E. ROBBINS
                Plaintiff,

      – against –

THE STRIDE RITE CORPORATION
                Defendant.

07 Civ. 7069 (LTS)(MHD)

**MOTION TO ADMIT TRAVIS W. MCCALLON AS COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas J. FitzGerald, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Travis W. McCallon |
| Firm Name: | Lathrop & Gage L.C. |
| Address: | 2345 Grand, Suite 2800 |
| City/State/Zip: | Kansas City, MO 64108 |
| Phone Number: | 816/292-2000 |
| Fax Number: | 816/292-2001 |
| Email: | tmccallon@lathropage.com |

Travis W. McCallon is a member in good standing of the Bar of the States of Missouri and Kansas. There are no pending disciplinary proceedings against Mr. McCallon in any State or Federal court.

Dated: December 27, 2007
City, State: New York, NY

CC 1966103v1

Respectfully submitted,

LATHROP & GAGE L.C.

_____
William R. Hansen (WH 9446)
whansen@lathropgage.com
Thomas H. Curtin (TC 5753)
tcurtin@lathropgage.com
Thomas J. FitzGerald   (TF 2426)
tfitzgerald@lathropgage.com
230 Park Avenue, Suite 1847
New York, NY 10169
Phone: 212/850-6220
Fax: 212/850-6221

and

William A. Rudy MO #36996
wrudy@lathropgage.com
David V. Clark  MO #35134
dclark@lathropgage.com
Travis W. McCallon MO #56979
tmccallon@lathropgage.com
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108-2684
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001

*Attorneys for Defendant*
*The Stride Rite Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2007, I served the above and foregoing **MOTION TO ADMIT TRAVIS W. MCCALLON AS COUNSEL PRO HAC VICE** via first class mail, postage prepaid on counsel for the Plaintiff, addressed as follows:

>   Alexandra Wald
>   COHEN & GRESSER, LLP
>   100 Park Avenue
>   23rd Floor
>   New York, New York 10017

Thomas J. Fitzgerald (TF 2426)
tfitzgerald@lathropgage.com
*Attorneys for Defendant*
*The Stride Rite Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STEVEN E. ROBBINS
      Plaintiff,     07 Civ. 7069 (LTS)(MHD)

– against –     **AFFIDAVIT OF THOMAS J. FITZGERALD IN SUPPORT OF MOTION TO ADMIT TRAVIS W. MCCALLON AS COUNSEL PRO HAC VICE**

THE STRIDE RITE CORPORATION
      Defendant.

State of New York )
        ) ss:
County of New York )

Thomas J. FitzGerald, being duly sworn, hereby deposes and says as follows:

1. I am an associate with Lathrop & Gage L.C., counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Travis W. McCallon as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on February 24, 2005. I am also admitted to the bar of the United Stated District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. McCallon since July of 2007.

4. Travis W. McCallon is an associate with Lathrop & Gage in Kansas City, Missouri.

5. I have found Mr. McCallon to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Travis W. McCallon, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Travis W. McCallon, pro hac vice, which is attached hereto as Exhibit A.

CC 1966108v1

WHEREFORE it is respectfully requested that the motion to admit Travis W. McCallon, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: 12/27/07

City, State:   New York, New York

Notarized: *Laura K Polisin*

LAURA K. POLISIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PO6171777
Qualified in New York County
My Commission Expires July 30, 2011

Respectfully submitted,

_____
Thomas J. FitzGerald
TF 2426

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2007, I served the above and foregoing **AFFIDAVIT OF THOMAS J. FITZGERALD IN SUPPORT OF MOTION TO ADMIT TRAVIS W. MCCALLON AS COUNSEL PRO HAC VICE** and proposed **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE** via first class mail, postage prepaid on counsel for the Plaintiff, addressed as follows:

> Alexandra Wald
> COHEN & GRESSER, LLP
> 100 Park Avenue
> 23rd Floor
> New York, New York 10017

_____
Thomas J. Fitzgerald (TF 2426)
tfitzgerald@lathropgage.com
*Attorneys for Defendant*
*The Stride Rite Corporation*

# EXHIBIT A

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on ___April 29, 2005___,

### TRAVIS WRIGHT McCALLON

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this __14TH__ day of __December__, __2007__.

*Carol G. Green*
Clerk of the Supreme Court of Kansas

# The Supreme Court of Missouri



# Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 29, 2004,

## Travis Wright McCallon

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 17th day of December, 2007.

_____
Clerk of the Supreme Court of Missouri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STEVEN E. ROBBINS
                Plaintiff,

– against –

THE STRIDE RITE CORPORATION
                Defendant.

07 Civ. 7069 (LTS)(MHD)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN NOTICE**

Upon the motion of Thomas J. FitzGerald attorney for The Stride Rite Corporation and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Travis W. McCallon |
| Firm Name: | Lathrop & Gage L.C. |
| Address: | 2345 Grand, Suite 2800 |
| City/State/Zip: | Kansas City, MO 64108 |
| Phone Number: | 816/292-2000 |
| Fax Number: | 816/292-2001 |
| Email: | tmccallon@lathropage.com |

is admitted to practice pro hac vice as counsel for Defendant, The Stride Rite Corporation, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                          United States District/Magistrate Judge

CC 1966110v1