UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STEVEN E. ROBBINS
                Plaintiff,

– against –

THE STRIDE RITE CORPORATION
                Defendant.

07 Civ. 7069 (LTS)(MHD)

**MOTION TO ADMIT GERALD M. KRAAI AS COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas J. FitzGerald, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Gerald M. Kraai
    Firm Name:    Lathrop & Gage L.C.
    Address:    10851 Mastin Blvd.
             Building #82, Suite 1000
    City/State/Zip:    Overland Park, KS 66210-1669
    Phone Number:    913/451-5100
    Fax Number:    913/451-0875
    Email:    gkraai@lathropgage.com

Gerald M. Kraai is a member in good standing of the Bar of the States of Missouri, Kansas and Iowa. There are no pending disciplinary proceedings against Mr. Kraai in any State or Federal court.

Dated:    January 25, 2008
City, State:    New York, NY

CC 1973002v1

Respectfully submitted,

LATHROP & GAGE L.C.

*[signature]*
William R. Hansen (WH 9446)
whansen@lathropgage.com
Thomas H. Curtin (TC 5753)
tcurtin@lathropgage.com
Thomas J. FitzGerald (TF 2426)
tfitzgerald@lathropgage.com
230 Park Avenue, Suite 1847
New York, NY 10169
Phone: 212/850-6220
Fax: 212/850-6221

and

William A. Rudy MO #36996
wrudy@lathropgage.com
David V. Clark MO #35134
dclark@lathropgage.com
R. Cameron Garrison MO #54064
cgarrison@lathropgage.com
Travis W. McCallon MO #56979
tmccallon@lathropgage.com
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108-2684
Telephone: (816) 292-2000
Telecopier: (816) 292-2001

Gerald M. Kraai MO #31265
gkraai@lathropgage.com
Rachel Stephens KS #22547
rstephens@lathropgage.com
10851 Mastin Blvd.
Building #82, Suite 1000
Overland Park, KS 66210
Telephone: (913)451-5100
Telecopier: (913)451-0875

*Attorneys for Defendant*
*The Stride Rite Corporation*

CC 1973002v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2008, I served the above and foregoing **MOTION TO ADMIT GERALD M. KRAAI AS COUNSEL PRO HAC VICE** via first class mail, postage prepaid on counsel for the Plaintiff, addressed as follows:

>Alexandra Wald
>COHEN & GRESSER, LLP
>100 Park Avenue
>23rd Floor
>New York, New York 10017

>*/s/* Thomas J. Fitzgerald (TF 2426)
>tfitzgerald@lathropgage.com
>*Attorneys for Defendant*
>*The Stride Rite Corporation*

CC 1973002v1

WHEREFORE it is respectfully requested that the motion to admit Gerald M. Kraai, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: January 25, 2008

City, State: New York, New York

Notarized: *Laura K Polisin*

LAURA K. POLISIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PO6171777
Qualified In New York County
My Commission Expires July 30, 2011

Respectfully submitted,

Thomas J. FitzGerald
TF 2426

### CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2008, I served the above and foregoing **AFFIDAVIT OF THOMAS J. FITZGERALD IN SUPPORT OF MOTION TO ADMIT GERALD M. KRAAI AS COUNSEL PRO HAC VICE** and proposed **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE** via first class mail, postage prepaid on counsel for the Plaintiff, addressed as follows:

> Alexandra Wald
> COHEN & GRESSER, LLP
> 100 Park Avenue
> 23rd Floor
> New York, New York 10017

Thomas J. FitzGerald (TF 2426)
tfitzgerald@lathropgage.com
*Attorneys for Defendant*
*The Stride Rite Corporation*

CC 1973005v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STEVEN E. ROBBINS
                       Plaintiff,

– against –

THE STRIDE RITE CORPORATION
                       Defendant.

07 Civ. 7069 (LTS)(MHD)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN NOTICE**

Upon the motion of Thomas J. FitzGerald attorney for The Stride Rite Corporation and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gerald M. Kraai |
| Firm Name: | Lathrop & Gage L.C. |
| Address: | 10851 Mastin Blvd. |
| | Building #82, Suite 1000 |
| City/State/Zip: | Overland Park, KS 66210 |
| Phone Number: | 913/451-5100 |
| Fax Number: | 913/451-0875 |
| Email: | gkraai@lathropgage.com |

is admitted to practice pro hac vice as counsel for Defendant, The Stride Rite Corporation, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                                         _____
                                                                      United States District/Magistrate Judge

CC 1973006v1

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on October 25, 2005,

### GERALD MARK KRAAI

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 22ND day of January, 2008.

_Carol G. Green_
Clerk of the Supreme Court of Kansas

The Supreme Court of Iowa
# THE STATE OF IOWA

## *Certification*

**STATE OF IOWA, ss.**

I, *R. K. Richardson,* Clerk of the Supreme Court of the State of Iowa, which court is the highest Court of said State, do hereby certify that *Gerald M. Kraai* was admitted to practice as an Attorney and Counselor at Law in the Courts of said State by the Supreme Court of Iowa on August 9, 1967, and at the present time he is in good standing at the bar in this Court. *

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of said Court, in the City of Des Moines, this 16th day of January, 2008.

R. K. Richardson, Clerk
The Supreme Court of Iowa

* Any requests for disciplinary history should be submitted to:
Iowa Supreme Court Attorney Disciplinary Board
1111 East Court Avenue
Des Moines IA 50319

## The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on February 9, 1981,

## Gerald Mark Kraai

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 17th day of January, 2008.

_____
Clerk of the Supreme Court of Missouri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STEVEN E. ROBBINS
                Plaintiff,

    – against –

THE STRIDE RITE CORPORATION
                Defendant.

07 Civ. 7069 (LTS)(MHD)

**AFFIDAVIT OF THOMAS J. FITZGERALD IN SUPPORT OF MOTION TO ADMIT GERALD M. KRAAI AS COUNSEL PRO HAC VICE**

State of New York  )
                        ) ss:
County of New York  )

Thomas J. FitzGerald, being duly sworn, hereby deposes and says as follows:

1. I am an associate with Lathrop & Gage L.C., counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Gerald M. Kraai as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on February 24, 2005. I am also admitted to the bar of the United Stated District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Kraai since July of 2007.

4. Gerald M. Kraai is a partner with Lathrop & Gage in Overland Park, Kansas.

5. I have found Mr. Kraai to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Gerald M. Kraai, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mr. Kraai, pro hac vice, which is attached hereto as Exhibit A.

CC 1973005v1