UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STEVEN E. ROBBINS
                Plaintiff,

– against –

THE STRIDE RITE CORPORATION
                Defendant.

07 Civ. 7069 (LTS)(MHD)

**MOTION TO ADMIT RACHEL E. STEPHENS AS COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas J. FitzGerald, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Rachel E. Stephens |
| Firm Name: | Lathrop & Gage L.C. |
| Address: | 10851 Mastin Blvd. |
| | Building #82, Suite 1000 |
| City/State/Zip: | Overland Park, KS 66210-1669 |
| Phone Number: | 913/451-5100 |
| Fax Number: | 913/451-0875 |
| Email: | rstephens@lathropgage.com |

Rachel E. Stephens is a member in good standing of the Bar of the State of Kansas.

There are no pending disciplinary proceedings against Ms. Stephens in any State or Federal court.

Dated:      January 25, 2008
City, State:   New York, NY

CC 1973029v1

Respectfully submitted,

LATHROP & GAGE L.C.

*[signature]*

William R. Hansen (WH 9446)
whansen@lathropgage.com
Thomas H. Curtin (TC 5753)
tcurtin@lathropgage.com
Thomas J. FitzGerald (TF 2426)
tfitzgerald@lathropgage.com
230 Park Avenue, Suite 1847
New York, NY 10169
Phone: 212/850-6220
Fax: 212/850-6221

William A. Rudy MO #36996
wrudy@lathropgage.com
David V. Clark MO #35134
dclark@lathropgage.com
R. Cameron Garrison MO #54064
cgarrison@lathropgage.com
Travis W. McCallon MO #56979
tmccallon@lathropgage.com
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108-2684
Telephone: (816) 292-2000
Telecopier: (816) 292-2001

and

Gerald M. Kraai MO #31265
gkraai@lathropgage.com
Rachel Stephens KS #22547
rstephens@lathropgage.com
10851 Mastin Blvd.
Building #82, Suite 1000
Overland Park, KS 66210
Telephone: (913)451-5100
Telecopier: (913)451-0875

*Attorneys for Defendant*
*The Stride Rite Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of January, 2008, I served the above and foregoing **MOTION TO ADMIT RACHEL E. STEPHENS AS COUNSEL PRO HAC VICE** via first class mail, postage prepaid on counsel for the Plaintiff, addressed as follows:

>Alexandra Wald
>COHEN & GRESSER, LLP
>100 Park Avenue
>23rd Floor
>New York, New York 10017

>_____
>Thomas J. FitzGerald (TF 2426)
>tfitzgerald@lathropgage.com
>*Attorneys for Defendant*
>*The Stride Rite Corporation*

CC 1973029v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. STEVEN E. ROBBINS<br>　　　　　　　　Plaintiff, | 07 Civ. 7069 (LTS)(MHD) |
| – against – | **AFFIDAVIT OF THOMAS J. FITZGERALD IN SUPPORT OF MOTION TO ADMIT RACHEL E. STEPHENS AS COUNSEL PRO HAC VICE** |
| THE STRIDE RITE CORPORATION<br>　　　　　　　　Defendant. | |

State of New York　)
　　　　　　　　　) ss:
County of New York　)

Thomas J. FitzGerald, being duly sworn, hereby deposes and says as follows:

1. I am an associate with Lathrop & Gage L.C., counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Rachel E. Stephens as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on February 24, 2005. I am also admitted to the bar of the United Stated District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ms. Stephens since July of 2007.

4. Rachel E. Stephens is an associate with Lathrop & Gage in Overland Park, Kansas.

5. I have found Ms. Stephens to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Rachel E. Stephens, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Ms. Stephens, pro hac vice, which is attached hereto as Exhibit A.

CC 1973039v1

WHEREFORE it is respectfully requested that the motion to admit Rachel E. Stephens, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: January 25, 2008

City, State: New York, New York

Notarized: *Laura K Polisin*

LAURA K. POLISIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PO6171777
Qualified in New York County
My Commission Expires July 30, 2011

Respectfully submitted,

_____
Thomas J. FitzGerald
TF 2426

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2008, I served the above and foregoing **AFFIDAVIT OF THOMAS J. FITZGERALD IN SUPPORT OF MOTION TO ADMIT RACHEL E. STEPHENS AS COUNSEL PRO HAC VICE** and proposed **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE** via first class mail, postage prepaid on counsel for the Plaintiff, addressed as follows:

> Alexandra Wald
> COHEN & GRESSER, LLP
> 100 Park Avenue
> 23rd Floor
> New York, New York 10017

_____
Thomas J. FitzGerald (TF 2426)
tfitzgerald@lathropgage.com
*Attorneys for Defendant*
*The Stride Rite Corporation*

CC 1973039v1

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STEVEN E. ROBBINS
            Plaintiff,

– against –

THE STRIDE RITE CORPORATION
            Defendant.

07 Civ. 7069 (LTS)(MHD)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN NOTICE**

Upon the motion of Thomas J. FitzGerald attorney for The Stride Rite Corporation and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Rachel E. Stephens |
| Firm Name: | Lathrop & Gage L.C. |
| Address: | 10851 Mastin Blvd. |
| | Building #82, Suite 1000 |
| City/State/Zip: | Overland Park, KS 66210 |
| Phone Number: | 913/451-5100 |
| Fax Number: | 913/451-0875 |
| Email: | rstephens@lathropgage.com |

is admitted to practice pro hac vice as counsel for Defendant, The Stride Rite Corporation, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                          _____
                                                          United States District/Magistrate Judge

CC 1973041v1

# 𝔗𝔥𝔢 𝔖𝔲𝔭𝔯𝔢𝔪𝔢 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔎𝔞𝔫𝔰𝔞𝔰



## ℭ𝔢𝔯𝔱𝔦𝔣𝔦𝔠𝔞𝔱𝔢 𝔬𝔣 𝔊𝔬𝔬𝔡 𝔖𝔱𝔞𝔫𝔡𝔦𝔫𝔤

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on September 29, 2006,

RACHAEL ELIZABETH STEPHENS

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 22ND day of January, 2008.

*Carol G. Green*
*Clerk of the Supreme Court of Kansas*