UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STEVEN E. ROBBINS
                Plaintiff,

– against –

THE STRIDE RITE CORPORATION
                Defendant.

07 Civ. 7069 (LTS)(MHD)

**ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

    I, David V. Clark, hereby enter my appearance as additional counsel in this case for The Stride Rite Corporation.

    I certify that I have been admitted to practice in this court pro hac vice by the court's order dated January 14, 2008.

Dated:       February 4, 2008

                                                    Respectfully submitted,

                                                    LATHROP & GAGE L.C.

                                                    /s/ David V. Clark
                                                    William A. Rudy MO #36996
                                                    wrudy@lathropgage.com
                                                    David V. Clark MO #35134
                                                    dclark@lathropgage.com
                                                    R. Cameron Garrison MO #54064
                                                      cgarrison@lathropgage.com
                                                    Travis W. McCallon MO #56979
                                                    tmccallon@lathropgage.com
                                                    2345 Grand Blvd., Suite 2800
                                                    Kansas City, Missouri 64108-2684
                                                    Telephone:  (816) 292-2000
                                                    Telecopier:  (816) 292-2001

                                                    and

CC 1974616v1

William R. Hansen (WH 9446)
whansen@lathropgage.com
Thomas H. Curtin (TC 5753)
tcurtin@lathropgage.com
Thomas J. FitzGerald (TF 2426)
tfitzgerald@lathropgage.com
230 Park Avenue, Suite 1847
New York, NY 10169
Phone:  212/850-6220
Fax:  212/850-6221

and

Gerald M. Kraai MO #31265
gkraai@lathropgage.com
Rachel Stephens KS #22547
rstephens@lathropgage.com
10851 Mastin Blvd.
Building #82, Suite 1000
Overland Park, KS 66210
Telephone:  (913)451-5100
Telecopier:  (913)451-0875

*Attorneys for Defendant*
*The Stride Rite Corporation*

CC 1974616v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of February, 2008, I caused the above and foregoing to be filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel for plaintiff.  The undersigned also certifies that a copy of the above and foregoing was served via first class mail, postage prepaid on counsel for the plaintiff, addressed as follows:

> Alexandra Wald
> COHEN & GRESSER, LLP
> 100 Park Avenue
> 23rd Floor
> New York, New York 10017

      /s/ David V. Clark
      David V. Clark
      *Attorneys for Defendant*
      *The Stride Rite Corporation*

CC 1974616v1