```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 2 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. STEVEN E. ROBBINS
               Plaintiff,

– against –

THE STRIDE RITE CORPORATION
               Defendant.

07 Civ. 7069 (LTS)(MHD)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN NOTICE**

Upon the motion of Thomas J. FitzGerald attorney for The Stride Rite Corporation and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | R. Cameron Garrison |
| Firm Name: | Lathrop & Gage L.C. |
| Address: | 2345 Grand, Suite 2800 |
| City/State/Zip: | Kansas City, MO 64108 |
| Phone Number: | 816/292-2000 |
| Fax Number: | 816/292-2001 |
| Email: | cgarrison@lathropage.com |

is admitted to practice pro hac vice as counsel for Defendant, The Stride Rite Corporation, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 2/22/08
City, State: NY NY

_____
United States District/~~Magistrate Judge~~

CC 1970973v1