# COHEN & GRESSER LLP

100 Park Avenue
New York, New York 10017
212 957 7600 phone
212 957 4514 fax
www.cohengresser.com

Karen Bromberg
212-957-7007
kbromberg@cohengresser.com

*ENDORSED ORDER*

Application granted. The court will conduct a telephone status conference with counsel on June 5, 2008 at 2 p.m.

M/ USMJ
5/8/08

May 6, 2008

<u>VIA FACSMILE</u>

Hon. Michael H. Dolinger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

> Re: *Dr. Steven E. Robbins v. The Stride Rite Corporation,*
> Case No. 07-CV-7069 (LTS)

Dear Judge Dolinger:

I am pleased to report that the parties in the above-referenced case have come to agreement on the principal terms of a settlement, subject to entry into a formal written agreement. On behalf of both parties, and as previously discussed with the Court, I also write to confirm our request for a 30-day adjournment of the conference formerly scheduled for today, to permit the parties to memorialize the settlement terms in a written agreement.

Respectfully submitted,

Karen Bromberg (KB 2153)

*Counsel for Plaintiff Dr. Steven E. Robbins*

cc: David V. Clark, Esq.
William Hansen, Esq.
Thomas J. Fitzgerald, Esq.
Lathrop & Gage L.C.

*Counsel for Defendant The Stride Rite Corporation*

# COHEN & GRESSER LLP

100 Park Avenue
New York, New York 10017
212 957 7600 phone
212 957 4514 fax
www.cohengresser.com

| To: | Chambers of the Honorable Michael Dolinger | Fax: | 212-805-7928 |
| --- | --- | --- | --- |
| Company: | United States District Court S.D., N.Y. | Phone: | |
| From: | Alexandra Wald | Date: | May 6, 2008 |
| Phone: | 212-957-7007 | Number of Pages, Including Cover: | 2 |

**Re:**

Comments:

Please see attached.