```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DR. STEVEN E. ROBBINS,              :
                Plaintiff,          :
                                    :        AMENDED ORDER
        -against-                   :
                                    :        07 Civ. 7069 (LTS)(MHD)
THE STRIDE RITE CORPORATION,        :
                Defendant.          :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **TUESDAY, JULY 15, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
        July 9, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Alexandra Sarah Wald
Cohen & Gresser, LLP
100 Park Avenue, 23rd Flr.
New York, NY 10017

Damir Cefo, Esq.
Cohen & Gresser, LLP
100 Park Avenue, 23rd Flr.
New York, NY 10017

Karen H. Bromberg, Esq.
Cohen & Gresser, LLP
100 Park Avenue, 23rd Flr.
New York, NY 10017

Lawrence Thomas Gresser, Esq.
Cohen & Gresser, LLP
100 Park Avenue, 23rd Flr.
New York, NY 10017

William Robert Hansen, Esq.
Lathrop & Gage, LC
230 Park Avenue
New York, NY 10169

Thomas Hayes Curtin, Esq.
Lathrop & Gage, LC
230 Park Avenue
New York, NY 10169

Thomas Joseph Fitzgerald, Esq.
Lathrop & Gage, LC
230 Park Avenue
New York, NY 10169