William R. Hansen (WH-9446)
Thomas J. FitzGerald (TF-2426)
LATHROP & GAGE L.C.
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220 (Tel)
(212) 850-6221 (Fax)
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
DR. STEVEN E. ROBBINS,                           :
                                                 :   Civil Action No.: 07-CV-7069 (LTS)
                         Plaintiff,              :
                                                 :
        -against-                                :
                                                 :
THE STRIDE RITE CORPORATION,                     :
                                                 :
                         Defendant.              :
-------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and Defendant and pursuant to Rule 41(a)(1)(ii), that the above-entitled action is hereby dismissed with prejudice subject to the terms of the settlement agreement; and each party shall bear its own costs and attorneys' fees.

| COHEN & GRESSER LLP | LATHROP & GAGE L.C. |
|---|---|
| 100 Park Avenue | 230 Park Avenue, Suite 1847 |
| New York, New York 10017 | New York, New York 10169 |
| (212) 957-7604 (tel) | (212) 850-6220 (tel) |
| By: Karen Bromberg (KB-2153) | By: William R. Hansen (WH-9446) |
| Dated: July 24, 2008 | Dated: July 25, 2008 |

SO ORDERED:

Dated:_____        _____
                                  United States District Judge