*Swain, J*

William R. Hansen (WH-9446)
Thomas J. FitzGerald (TF-2426)
LATHROP & GAGE L.C.
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220 (Tel)
(212) 850-6221 (Fax)
Attorneys for Defendant



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 2 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
DR. STEVEN E. ROBBINS,                :
                                      :   Civil Action No.: 07-CV-7069 (LTS)
                  Plaintiff,          :
                                      :
       -against-                      :
                                      :
THE STRIDE RITE CORPORATION,          :
                                      :
                  Defendant.          :
-------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and Defendant and pursuant to Rule 41(a)(1)(ii), that the above-entitled action is hereby dismissed with prejudice subject to the terms of the settlement agreement; and each party shall bear its own costs and attorneys' fees.

COHEN & GRESSER LLP
100 Park Avenue
New York, New York 10017
(212) 957-7604 (tel)

By: Karen Bromberg (KB-2153)

Dated: July 24 2008


LATHROP & GAGE L.C.
230 Park Avenue, Suite 1847
New York, New York 10169
(212) 850-6220 (tel)

By: William R. Hansen (WH-9446)

Dated: July 25 2008


Dated: 8/11/08

SO ORDERED:

_____
United States District Judge